Petition for Writ of Mandamus Denied and Memorandum Opinion filed March
27, 2006









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed March 27, 2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00246-CV

____________

 

IN RE HOUSTON CHRONICLE PUBLISHING COMPANY

and PEGGY O=HARE, Relators

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M  O P I N I O N

On March 20, 2006, relators,
Houston Chronicle Publishing Company and Peggy O=Hare, filed a petition for writ of
mandamus in this Court.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see  also  Tex.
R. App. P. 52.1.  

Relators have failed to establish their
entitlement to mandamus relief and, accordingly, we deny relators= petition for writ of mandamus. 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed March 27, 2006.

Panel consists of
Chief Justice Hedges, and Justices Yates and Guzman.